```
              UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF KENTUCKY
             NORTHERN DIVISION AT COVINGTON
```

CIVIL ACTION NO. 2015-36-WOB-REW

TIMOTHY WAYNE HOLLINGSWORTH                              PLAINTIFF

VS.                          <u>ORDER</u>

JAMES A. DALEY, ET AL                                   DEFENDANTS

This matter is before the Court on the Magistrate Judge's Report and Recommendation (Doc. 20), and there being no objections filed, and the Court being sufficiently advised,

**IT IS ORDERED** that the Report and Recommendation (Doc. 20) be, and it hereby is, **adopted** as the finding of fact and conclusions of law of this Court; that plaintiff's motion for default judgment (Doc. 6) be, and it hereby is, **denied**.

This 1st day of March, 2016.



Signed By:
<u>William O. Bertelsman</u>  WOB
United States District Judge