```
              UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF KENTUCKY
              NORTHERN DIVISION AT COVINGTON
```

CIVIL ACTION NO. 2015-36-WOB-REW

TIMOTHY WAYNE HOLLINGSWORTH                              PLAINTIFF

VS.                           <u>ORDER</u>

JAMES A. DALEY, JAILER, ET AL                           DEFENDANTS

This matter is before the Court on the Magistrate Judge's Order and Recommended Disposition (Doc. 75), and there being no objections filed, and the Court being advised,

**IT IS ORDERED** that the Recommended Disposition (Doc. 75), be, and it hereby is, **adopted** as the finding of fact and conclusions of law of this Court; and that plaintiff's construed motion for sanctions (Doc. 68) is **denied.**

This 2nd day of May, 2016.



Signed By:
*William O. Bertelsman* WOB
United States District Judge