UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION AT COVINGTON

CIVIL ACTION NO. 2015-36 (WOB-REW)

TIMOTHY WAYNE HOLLINGSWORTH                                PLAINTIFF

VS.                         ORDER

JAMES A. DALY, JAILER, ET AL                              DEFENDANTS

This matter is before the Court on the Magistrate Judge's Recommended Disposition (Doc. 98), and having considered de novo those objections filed thereto by plaintiff (Doc. 99), defendants' response (Doc. 100) and plaintiff's reply (Doc. 101) and the Court being advised,

**IT IS ORDERED** that the objections to the Recommended Disposition of the Magistrate Judge be, and they are, **overruled;** that the Recommended Disposition (Doc. 98) be, and it hereby is, **adopted** as the findings of fact and conclusions of law of this Court; and that defendants' motions for summary judgment (Docs. 79 and 80) be, and hereby are, **granted;** that plaintiff's dispositive motions (Doc. 76 and 78) and plaintiff's cross-motion for summary judgment (Doc. 82) be, and hereby are, **denied**. A separate Judgment shall enter concurrently herewith.

This 26th day of September, 2016.



Signed By:
*William O. Bertelsman* WOB
United States District Judge